IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01797-REB-KMT

RUSSELL COSTEN,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT,
SONDRA COWANS, in her official and individual capacities,
JEREMY OLIVE, in his official and individual capacities, and
BRIAN NIVEN, in his official and individual capacities,

    Defendants.

---

**ORDER OF DISMISSAL AS TO THE DEFENDANTS, DENVER POLICE DEPARTMENT, SONDRA COWANS, JEREMY OLIVE, AND BRIAN NIVEN, ONLY**

---

**Blackburn, J.**

The matter before me is the **Stipulated Motion For Dismissal With Prejudice of All Claims Against Defendants Cowan, Olive, Niven and The Denver Police Department and To Amend Caption** [#64] filed July 15, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendants, Denver Police Department, Sondra Cowans, Jeremy Olive, and Brian Nivens, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal With Prejudice of All Claims Against Defendants Cowan, Olive, Niven and The Denver Police Department and To Amend Caption** [#64] filed July 15, 2010, is **GRANTED**;

2.  That plaintiffs claims against defendants, Denver Police Department, Sondra Cowans, Jeremy Olive, and Brian Nivens, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That defendants, Denver Police Department, Sondra Cowans, Jeremy Olive, and Brian Nivens, are **DROPPED** as named parties to this litigation, and the case caption is amended accordingly.

Dated July 16, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge