IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01797-REB-KMT

RUSSELL COSTEN,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion For Dismissal With Prejudice of All Claims Against Defendant City and County of Denver** [#66] filed September 10, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal With Prejudice of All Claims Against Defendant City and County of Denver** [#66] filed September 10, 2010, is **GRANTED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That any pending motion is **DENIED** as moot.

Dated September 10, 2010, at Denver, Colorado.

                BY THE COURT:

                */s/ Bob Blackburn*
                Robert E. Blackburn
                United States District Judge